# UNITED STATES DISTRICT COURT
### for the

## Eastern District of California



**JAN 24 2020**

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    .v.

TRACEY JACKSON,

)
)
)
)

Case No.    **1:19-cr-00247-LJO-SKO**

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   **U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California**
*Place*

**U.S. MAGISTRATE JUDGE SHEILA K. OBERTO in Courtroom 7** (unless another courtroom is designated)

on    **MARCH 16, 2020 at 1:00 PM**
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance and Compliance Bond, if ordered.

**(Copies to:   Defendant (through PTS)   PRETRIAL SERVICES   US ATTORNEY   US MARSHAL)**

**JACKSON, Tracy**
**Doc. No. 1:19-CR-00247-LJO-SKO**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6)     The defendant is placed in the custody of:

      Name of person or organization     Raven Lynn Douglas and Alma Johnson-Roya

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

      SIGNED: _Alma Johnson-Roya_    SIGNED: _[signature]_
                  CUSTODIAN                            CUSTODIAN

☑ (7)     <u>The defendant must:</u>

☑   (a)  report on a regular basis to the following agency:
           Pretrial Services and comply with their rules and regulations;

☑   (b)  report in person to the Pretrial Services Agency on the first working day following your release from custody;

☑   (c)  reside at a location approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to Eastern District, unless otherwise approved in advance by PSO;

☑   (d)  report any contact with law enforcement to your PSO within 24 hours;

☑   (e)  cooperate in the collection of a DNA sample;

☑   (f)  not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;

☑   (g)  refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed and/or recommended, may not be used;

☑   (h)  not apply for or obtain a passport or any other traveling documents during the pendency of this case;

☑   (i)  submit to drug and/or alcohol testing as approved and at the discretion of the PSO. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the PSO; and,

☑   (e)  not associate or have any contact with Tracey Adams unless in the presence of counsel or otherwise approved in advance by the PSO.

AO 98 (Rev. 12/11- EDCA [Fresno 11/13]) Appearance and Compliance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;

(2)    the property is not subject to claims, except as described above; and

(3)    I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 1 · 24 - 2020

X _____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 1\24\2020

_____
*Signature of Clerk or Deputy Clerk Esther Valdez*

Approved.

Date: 1/24/2020

_____
BARBARA A. McAULIFFE, U.S. *Magistrate Judge's signature*