| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHRISTINA M. CORCORAN, NY Bar #5118427 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorneys for Defendant |
| | TRACEY JACKSON |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00247-NONE-SKO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| TRACEY JACKSON, | Date: June 15, 2020 |
| | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, THOMAS M. NEWMAN, Assistant United States Attorney, counsel for plaintiff, and CHRISTINA M. CORCORAN, Assistant Federal Defender, counsel for defendant Tracey Jackson, that the status conference scheduled for March 16, 2020 may be continued to June 15, 2020, at 1:00 p.m.

The parties require additional time to exchange and review supplemental discovery and engage in plea negotiations. Ms. Jackson also requests additional time for defense investigation.

The parties agree that time should be excluded through June 15, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|     |                        |     |                                                      |
| --- | ---------------------- | --- | ---------------------------------------------------- |
| 1   |                        |     |                                                      |
| 2   |                        |     | Respectfully submitted,                              |
| 3   |                        |     | McGREGOR W. SCOTT<br>United States Attorney          |
| 4   |                        |     |                                                      |
| 5   | DATED: March 16, 2020  | By: | /s/ *Thomas M. Newman*<br>Thomas M. Newman           |
| 6   |                        |     | Assistant United States Attorney<br>Attorney for Plaintiff |
| 7   |                        |     |                                                      |
| 8   |                        |     | HEATHER E. WILLIAMS<br>Federal Defender              |
| 9   |                        |     |                                                      |
| 10  | DATED: March 16, 2020  | By: | /s/ *Christina M. Corcoran*<br>Christina M. Corcoran |
| 11  |                        |     | Assistant Federal Defender<br>Attorney for Defendant |
| 12  |                        |     | Tracey Jackson                                       |

**ORDER**

IT IS ORDERED that the status hearing is continued from March 16, 2020, at 1:00 PM until June 15, 2020, at 1:00 PM.

IT IS FURTHER ORDERED THAT the period of time from March 16, 2020, through June 15, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and (iv), because it results from a continuance on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**March 16, 2020**__     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE