1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, NY Bar #5118427
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  TRACEY JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TRACEY JACKSON,<br><br>  Defendant. | Case No. 1:19-cr-00247-NONE-SKO<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Tracey Jackson, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

///

///

///

| | | |
|---|---|---|
| DATED: March 16, 2020 | | */s/ Tracey Jackson* <br> TRACEY JACKSON <br> Defendant <br> (Original on File) |
| DATED: March 16, 2020 | | */s/ Christina M. Corcoran* <br> CHRISTINA M. CORCORAN <br> Assistant Federal Defender <br> Attorney for TRACEY JACKSON |

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings pursuant to Fed. R. Crim. P. 43(b)(3) until further order of the Court.

IT IS SO ORDERED.

Dated: **March 16, 2020**        /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE