1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, NY Bar # 5118427
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   TRACEY JACKSON
7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:19-cr-00247-JLT-SKO
12 |              Plaintiff,          | STIPULATION TO CONTINUE SENTENCING
                                      | HEARING; ORDER
13 | vs.                             |
                                      | Date:  September 9, 2022
14 | TRACEY JACKSON,                 | Time:  9:00 a.m.
                                      | Judge: Hon. Jennifer L. Thurston
15 |              Defendant.          |

16

17       **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18 counsel, Assistant United States Attorney Laura Jean Berger, counsel for plaintiff, and Assistant

19 Federal Defender Christina M. Corcoran, counsel for defendant TRACEY JACKSON, that the

20 Court may continue the sentencing hearing from June 3, 2022, to September 9, 2022, at 9:00 a.m.

21       The continuance is required to accommodate the parties' respective schedules. Informal

22 objections shall be filed by August 12th, 2022.

23       As this is a sentencing hearing, no exclusion of time is necessary.

24 ///

25 ///

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 2, 2022

*/s/ Laura Jean Berger*
LAURA JEAN BERGER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 2, 2022

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
TRACEY JACKSON

# **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for June 3, 2022, to September 9, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **June 6, 2022**

UNITED STATES DISTRICT JUDGE

Jackson / Stipulation and
Proposed Order

2