1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, Bar #344683
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TRACEY JACKSON

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No. 1:19-cr-00247-JLT-SKO
12 |         Plaintiff,           | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER
13 | vs.                          | Date:  October 28, 2022
14 | TRACEY JACKSON,              | Time:  9:00 a.m.
15 |         Defendant.           | Judge: Hon. Jennifer L. Thurston

16

17     **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18 counsel, Assistant United States Attorney Laura Jean Berger, counsel for plaintiff, and Assistant

19 Federal Defender Christina M. Corcoran, counsel for defendant TRACEY JACKSON, that the

20 Court may continue the sentencing hearing from September 9, 2022 to October 28, 2022, at 9:00

21 a.m.

22     The requested continuance is necessary to accommodate Ms. Jackson's unanticipated

23 need to provide care for her daughter, as well as to accommodate defense counsel's schedule.

24 Counsel for the government and Probation have no objection to the requested change of date.

25 The current schedule for objections will remain unchanged.

26     As this is a sentencing hearing, no exclusion of time is necessary.

27 ///

28 ///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 25, 2022                           */s/ Laura Jean Berger*
                                                LAURA JEAN BERGER
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                HEATHER E. WILLIAMS
                                                Federal Defender


Date: August 25, 2022                           */s/ Christina M. Corcoran*
                                                CHRISTINA M. CORCORAN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                TRACEY JACKSON

# **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for September 9, 2022, to October 28, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 29, 2022**                    _____
                                                UNITED STATES DISTRICT JUDGE

Jackson / Stipulation and
Proposed Order

2